# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-1275**                                **September Term, 2023**

EPA-88FR49295
EPA-88FR67102

**Filed On:** February 1, 2024

National Mining Association,

       Petitioner

    v.

Environmental Protection Agency and
Michael S. Regan, Administrator, U.S. EPA,

       Respondents

------------------------------

Air Alliance Houston, et al.,
       Intervenors

------------------------------

Consolidated with 23-1276, 23-1277,
23-1278, 23-1279, 23-1321, 23-1323,
23-1324, 23-1325, 23-1326

    **BEFORE:**    Katsas, Rao, and Garcia, Circuit Judges

## O R D E R

    Upon consideration of the motion to dismiss or, in the alternative, to hold these petitions in abeyance, the oppositions thereto, and the reply, it is

    **ORDERED** that these cases be held in abeyance pending further order of the court. The parties are directed to file motions to govern further proceedings within 30 days after issuance of the mandate in State of Utah v. EPA, No. 23-1157, et al. It is

    **FURTHER ORDERED** that consideration of the motion to dismiss be deferred pending further order of the court.

**Per Curiam**